## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v.   : | Mag. No. 15-3579 (MF) |
| : | |
| HIRAL PATEL   : | ORDER FOR CONTINUANCE |
| : | |

      This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Francisco J. Navarro, Assistant United States Attorney, appearing), and the Defendant Hiral Patel (Sean Connelly, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the Defendant being aware that she has the right under 18 U.S.C. § 3161(b) to have the matter presented to a Grand Jury within thirty (30) days of her arrest; and the Defendant through her attorney having consented to the continuance; and no prior continuances having been granted by the Court; and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The United States and the Defendant seek time engage in plea negotiations, which would render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this 14 day of May, 2015,

ORDERED that the proceedings in the above-captioned matter are continued from the date this order is signed through, and including, July 30, 2015; and

IT IS FURTHER ORDERED that the aforementioned period shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE MARK FALK
United States Magistrate Judge


Consented and Agreed to by:


_Sean Connelly /FJN by consent_
Sean Connelly, Esq.
Counsel for Defendant


_____
Francisco J. Navarro
Assistant United States Attorney